Richard Paris, Esq.
California Law and Mediation, Inc.
324 Knight Drive
San Rafael CA 94901
Phone: 415-456-0678
Fax:      415-256-9957

Attorney for Plaintiff,
JOELLE MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| JOELLE MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA N.A; RECONTRUST COMPANY, N.A.; and COUNTRYWIDE HOME LOANS, INC.; and DOES 1 TO 100 inclusive<br><br>    Defendants. | [Case-Number] 4:12-CV-02942-PJH<br><br>NOTICE OF SUBSTITUTION OF COUNSEL<br><br>Honorable Phyllis J. Hamilton |

Please take note that Richard Paris, of the law firm California Law and Mediation, Inc., herein substitutes for Plaintiff In Pro Per, and now appears as Plaintiff's official attorney of record.

All notices, orders, and/or information in this action should be served to:

-1-

SUBSTITUTION OF ATTORNEY

```
 1
 2   Richard Paris, Esq.
     rp@claminc.com
 3   California Law and Mediation, Inc.
     324 Knight Drive
 4   San Rafael  CA  94901
     Phone:  415-456-0678
 5   Fax:    415-256-9957
 6
 7   Dated:  October 18, 2012                California Law and Mediation, Inc.
 8
                                              By /s Richard Paris
 9
10
11   Dated:  October 18, 2012
12   I consent to this substitution of attorney.
13
                                              By [signature]
14                                              Plaintiff, Joelle Miller
15
16
17              [SEAL: IT IS SO ORDERED   10/24/12
18               Judge Phyllis J. Hamilton
                 UNITED STATES DISTRICT COURT
19               NORTHERN DISTRICT OF CALIFORNIA]
20
21
22
23
24
25
26
27                              -2-
28
                       SUBSTITUTION OF ATTORNEY
```