UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOELLE MILLER,

    Plaintiff,

    v.

THE BANK OF NEW YORK, et al.,

    Defendants.

_____/

No. C 12-2942 PJH

**JUDGMENT**

    This action came on for hearing before the court, and the issues having been duly heard and the court having granted, on February 22, 2013, defendants' motion to dismiss,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendants and against plaintiff Joelle Miller on the claims asserted against them.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge